UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CREAR, | No.  2:20-cv-2472 DB P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BARR, | |
| Respondent. | |

   Petitioner is a federal prisoner incarcerated at the United States Penitentiary in Atwater, California.  He is proceeding pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  In his application, petitioner challenges the calculation of his sentence by claiming that he is entitled to credit for time served.  Atwater is located in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

   Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: December 22, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB9
DB/prisoner-habeas/crea2472.109

2