UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH M. CREAR,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM BARR,<br><br>　　　　　　Respondent. | No.  1:20-cv-01811-AWI-SKO (HC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE**<br><br>**(Doc. No. 11)** |

　　　　Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On January 5, 2021, the magistrate judge assigned to the case issued a Findings and Recommendation that recommended the petition be dismissed without prejudice based on a lack of exhaustion.  Doc. No. 11.  This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order.  No party has filed objections, and the time to do so has expired.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's Findings and Recommendation is supported by the record and proper analysis.

　　　　In the event a notice of appeal is filed, a certificate of appealability will not be required because this is not a habeas order in which the detention complained of arises out of process

issued by a state court. Forde v. U.S. Parole Comm'n, 114 F.3d 878, 879 (9th Cir. 1997) (citing Ojo v. INS, 106 F.3d 680, 681–82 (5th Cir. 1997); Bradshaw v. Story, 86 F.3d 164, 166 (10th Cir. 1996)).

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed on January 5, 2021 (Doc. No. 11) is ADOPTED in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice;
3. The Clerk of Court is directed to ENTER judgment and CLOSE the case; and
4. No certificate of appealability is required.

IT IS SO ORDERED.

Dated:   February 2, 2021                                       _____
                                                      SENIOR DISTRICT JUDGE